No. 10–6551. BERRYHILL *v.* PAYNE, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA, ET AL. .C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 999] denied.

No. 10–7134. JILES *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. 8th Cir.;
No. 10–7223. YOUNG ET UX. *v.* DI FERRANTE. C. A. 5th Cir.;
No. 10–7236. CALHOUN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist.; and
No. 10–7397. SCURLOCK-FERGUSON *v.* CITY OF DURHAM, NORTH CAROLINA. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 3, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–7506. IN RE MASON;
No. 10–7606. IN RE HOLLOMAN; and
No. 10–7620. IN RE WILHELM. Petitions for writs of habeas corpus denied.

No. 10–525. IN RE ORCUTT; and
No. 10–6835. IN RE LOVE. Petitions for writs of mandamus denied.

No. 10–6855. IN RE STAFFNEY. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 10–6894. IN RE ASHANTI. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*